UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

NO. 5:15-mj-1557

IN RE: SEARCH WARRANT FOR :
: ORDER TO SEAL APPLICATION
: AND AFFIDAVIT FOR SEARCH
STORAGE UNIT #B302 : WARRANT AND APPLICATION AND
5105 DEPARTURE DRIVE, : ORDER TO DELAY NOTIFICATION
RALEIGH, NORTH CAROLINA :

Upon motion of the United States, for good cause shown and for the reasons stated in the motion, it is hereby ORDERED that the Application and Affidavit for Search Warrant and Order to Delay Notification in the above-referenced matter, and the instant Motion to Seal, be sealed by the Clerk from this date until further order by this Court, except that a certified copy of the same be provided to the United States Attorney's Office, Drug Enforcement Agency, Raleigh Police Department.

This the 6th day of May, 2015.

_____
ROBERT T. NUMBERS II
UNITED STATES MAGISTRATE JUDGE