UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No. 5:15-MJ-1557

| | |
|---|---|
| IN THE MATTER OF THE APPLICATION OF )<br>THE UNITED STATES OF AMERICA )<br>FOR A SEARCH WARRANT FOR: )<br> )<br>5105 DEPARTURE DRIVE )<br>UNIT B-302 )<br>RALEIGH, NC 27615 ) | ORDER TO UNSEAL |

Upon motion of the Government, the application, affidavit and delayed notification in the above-captioned matter are hereby ORDERED unsealed. SO ORDERED.

June 12, 2015                 *Robert T Numbers II*
DATE                                 United States Magistrate Judge